IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEROMY OELKER, | |
| Petitioner, | 8:25CV678 |
| vs. | |
| DISTRICT COURT OF SARPY COUNTY, NEBRASKA, | MEMORANDUM AND ORDER |
| Respondent. | |

This matter is before the Court on its own motion. On November 25, 2025, Petitioner Jeromy Oelker submitted to the Clerk of this Court a petition for a writ of habeas corpus ("Petition"), Filing No. 1, and an application to proceed without prepaying fees or costs ("Motion"), Filing No. 2. Though Petitioner mailed his Petition and Motion to this Court, both the Petition and Motion are captioned in the United States Court of Appeals for the Eighth Circuit. See Filing No. 1 at 1; Filing No. 2 at 1. A review of the Petition shows that Petitioner is challenging his pending criminal case in the District Court of Sarpy County, Nebraska.

With this order, the Court notifies Petitioner that the Court will construe his Petition as one brought pursuant to 28 U.S.C. § 2241 and intended for filing in this Court as the Petition was delivered to this Court and this Court has power to grant writs of habeas corpus under § 2241. See 28 U.S.C. § 2241(a) ("Writs of habeas corpus may be granted by the Supreme Court, any justice thereof, the district courts and any circuit judge within their respective jurisdictions."). If Petitioner did not intend to file his Petition in this Court and does not wish to proceed with this § 2241 habeas action in this Court, then Petitioner may withdraw his Petition by notifying the Court in writing within 30

days.[1]  If Petitioner wants to continue with this case, then the next step will be for this Court to rule on Petitioner's pending Motion to proceed without prepayment of fees, which the Court will do once it receives a copy of Petitioner's institutional trust account statement.  *See* Filing No. 4 (Clerk's letter requesting Petitioner's trust account statement from institution).

IT IS THEREFORE ORDERED that:

1. Petitioner shall no later than **December 29, 2025,** voluntarily withdraw his Petition if he does not want this action to proceed as one brought pursuant to 28 U.S.C. § 2241 in this Court.

2. If Petitioner decides to allow this action to proceed as one brought pursuant to 28 U.S.C. § 2241, then the Court will rule on Petitioner's pending Motion to proceed without prepayment of fees after receiving Petitioner's trust account information.

Dated this 26th day of November, 2025.

BY THE COURT:

*Joseph F. Bataillon*
Joseph F. Bataillon
Senior United States District Judge

---

[1] If Petitioner intended to submit his Petition and Motion to the Eighth Circuit Court of Appeals, he is advised that the address for the Clerk of the Eighth Circuit Court of Appeals is 111 South 10th Street, Room 24.329, St. Louis, MO 63102.