IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEROMY OELKER, | |
| Petitioner, | 8:25CV678 |
| vs. | |
| DISTRICT COURT OF SARPY COUNTY, NEBRASKA, | MEMORANDUM AND ORDER |
| Respondent. | |

Petitioner filed a Petition for Writ of Habeas Corpus, Filing No. 1, and a Motion for Leave to Proceed in Forma Pauperis ("IFP"), Filing No. 2, on November 25, 2025. On November 26, 2025, the Court notified Petitioner that the Court would construe his Petition as one brought pursuant to 28 U.S.C. § 2241 and intended for filing in this Court and gave Petitioner until December 29, 2025, to voluntary withdraw his petition if he did not want this action to proceed as one brought pursuant to 28 U.S.C. § 2241. Filing No. 5. To this date, Petitioner has filed several documents and motions, including a second IFP motion, Filing No. 12, but none of them indicate an intent to withdraw his petition. Accordingly, the Court will rule on Petitioner's IFP Motions, Filing No. 2; Filing No. 12.

Habeas corpus cases attacking the legality of a person's confinement require the payment of a $5.00 filing fee. 28 U.S.C. § 1914(a). However, after considering Petitioner's financial status as shown in the records of this Court (*see* inmate trust account statement at Filing No. 6), leave to proceed in forma pauperis will be granted and Petitioner is relieved from paying the filing fee. See 28 U.S.C. § 1915(a)(1).

IT IS THEREFORE ORDERED that: Petitioner's Motions for Leave to Proceed in Forma Pauperis, Filing No. 2; Filing No. 12, are granted. The next step in this case is

for the Court to conduct a preliminary review of the habeas corpus petition in accordance with Rule 4 of the Rules Governing Section 2254 cases. The Court will conduct this review in its normal course of business and consider Petitioner's other pending motions at that time.

Dated this 2nd day of January, 2026.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge